## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 1:13-cr-119-WTL-TAB-1 |
| v. | ) | |
| | ) | |
| KERRY JOSE GOMEZ, | ) | |
|     Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Kerry Jose Gomez's supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) Federal Rules of Criminal Procedure and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 10 months in the custody of the Attorney General. Upon Mr. Gomez's release from confinement, he will be subject to 8 years supervised release. The Court recommends that Defendant be placed at FCI Elkton, Ohio, and receive mental health and sexual disorder treatment during his incarceration.

Dated: 8/30/18

                                                  Hon. William T. Lawrence, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO